1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

12   JOSEPH DANNY PROPHET,

13           Plaintiff,              1:09 CV 01066 OWW YNP SMS (PC)

14      vs.

15   KEN CLARK, et al.,              ORDER DENYING MOTION FOR
                                     APPOINTMENT OF COUNSEL
16           Defendants.             (DOC 3)

17

18

19

20        Plaintiff has requested the appointment of counsel.  The United States Supreme

21   Court has ruled that district courts lack authority to require counsel to represent indigent

22   prisoners in § 1983 cases.  Mallard v. United States District Court for the Southern District of

23   Iowa, 490 U.S. 296, 109 S.Ct. 1814 (1989).

24        In certain exceptional circumstances, the court may request the voluntary

25   assistance of counsel pursuant to 28 U.S.C.  § 1915(d).  Terrell v. Brewer, 935 F.2d 1015 (9th

26

1

1    Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In the present case, the court

2    does not find the required exceptional circumstances.

3                    Accordingly, plaintiff's request for the appointment of counsel is denied.

4

5    IT IS SO ORDERED.

6    **Dated:    April 8, 2010**                              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26