**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH DANNY PROPHET,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　　Defendants. | NO. 1:09 CV 01066 OWW MJS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Document # *5*<br><br>ORDER DENYING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE |

　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On April 13, 2010, findings and recommendations were entered, recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g). Plaintiff has suffered three dismissals on the ground of frivolousness or failure to state a claim upon which relief can ge granted. The Magistrate Judge found that plaintiff failed to allege facts that satisfied the imminent danger standard set forth in § 1915(g). Plaintiff was provided an opportunity to file objections within thirty days. On May 19, 2010, Plaintiff filed objections to the findings and recommendations.

　　　In his objections, plaintiff continues the line of argument he made earlier that he is

indigent and can not afford the filing fee.  Plaintiff attaches as exhibits to his objections copies of inmate grievances related to the allegations in the complaint.  The complaint in this action alleges that plaintiff was denied adequate access to the law library.  Plaintiff has not made any argument, nor made any allegation in the complaint that he is in imminent danger of physical injury.  The application to proceed in forma pauperis should therefore be denied pursuant to 28 U.S.C. § 1915(g).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on April 13, 2010, are adopted in full; and

2.  Plaintiff's application to proceed in forma pauperis status is denied pursuant to 28 U.S.C. § 1915(g).

3.  Plaintiff is directed to submit, within thirty days of the date of service of this order, the $350 filing fee for this case.  Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 110 for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   May 28, 2010**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE